FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 494**

In the Matter of                                    Case Number:

Demetrious Sims

             v.                                     **JUDGE CASTILLO**
                                                    **MAGISTRATE JUDGE MASON**
City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Demetrious Sims                           **J. N.**

| |
|---|
| NAME (Type or print)<br>James M. Baranyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James M. Baranyk |
| FIRM<br>A LAW OFFICE OF CHRISTOPHER SMITH |
| STREET ADDRESS<br>119 N. PEORIA STREET, SUITE 3A |
| CITY/STATE/ZIP<br>CHICAGO, IL 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6292337 | TELEPHONE NUMBER<br>(313) 432-0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐