## United States District Court for the Northern District of Illinois

Case Number: 08cv494      Assigned/Issued By: j.n.

Judge Name: CASTILLO      Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                         Receipt #: 2482806

Date Payment Rec'd: 1-22-08              Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_5_ Original and _0_ copies on _1-23-08_ as to DAVE RENCH; A. ESCOBEDO
                                (Date)
; G. AUGUSTINE; PAUL TUUK; VILLAGE OF ROMEOVILLE

---

C:\wpwin80\docket\feeinfo.frm     03/14/05