# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 C 494
ARASELY OSORIO
    v.
VILLAGE OF ROMEOVILLE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Romeoville, Gary Augustine, Paul Tuuk, David Rench and Alex Escobedo

| NAME (Type or print) |
|---|
| Michael D. Bersani |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ MICHAEL D. BERSANI |

| FIRM |
|---|
| Hervas, Condon & Bersani, P.C. |

| STREET ADDRESS |
|---|
| 333 Pierce Road, Suite 195 |

| CITY/STATE/ZIP |
|---|
| Itasca, IL 60143-3156 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200897 | (630) 773-4774 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARASELY OSORIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 494 |
| | ) |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE | ) |
| POLICE OFFICERS, G. AUGUSTINE, Star #352, | ) |
| PAUL TUUK, Star #358, DAVE RENCH, | ) |
| Star #361, and A. ESCOBEDO, Star #340, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, I electronically filed the foregoing **Appearance of Michael D. Bersani** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jared S. Kosoglad
Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL 60607
jared.k@chicagocivilrightslawyers.com
chris.smith@chicagocivilrightslawyers.com
james.b@chicagocivilrightslawyers.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com