# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 494
ARASELY OSORIO
    v.
VILLAGE OF ROMEOVILLE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Romeoville, Gary Augustine, Paul Tuuk, David Rench and Alex Escobedo

| | |
|---|---|
| NAME (Type or print) <br> Michael W. Condon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ MICHAEL W. CONDON | |
| FIRM <br> Hervas, Condon & Bersani, P.C. | |
| STREET ADDRESS <br> 333 Pierce Road, Suite 195 | |
| CITY/STATE/ZIP <br> Itasca, IL 60143-3156 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06192071 | TELEPHONE NUMBER <br> (630) 773-4774 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARASELY OSORIO,<br><br>        Plaintiff,<br><br>vs.<br><br>VILLAGE OF ROMEOVILLE, ROMEOVILLE POLICE OFFICERS, G. AUGUSTINE, Star #352, PAUL TUUK, Star #358, DAVE RENCH, Star #361, and A. ESCOBEDO, Star #340,<br><br>        Defendants. | Case No. 08 C 494 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2008, I electronically filed the foregoing **Appearance of Michael W. Condon** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jared S. Kosoglad
Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL 60607
jared.k@chicagocivilrightslawyers.com
chris.smith@chicagocivilrightslawyers.com
james.b@chicagocivilrightslawyers.com


                S/MICHAEL W. CONDON
                MICHAEL W. CONDON, Bar Number 06192071
                Attorney for Defendants
                HERVAS, CONDON & BERSANI, P.C.
                333 Pierce Road, Suite 195
                Itasca, IL 60143-3156
                Phone:  630-773-4774
                Fax:  630-773-4851
                mcondon@hcbattorneys.com