# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ARASELY OSORIO<br>v.<br>VILLAGE OF ROMEOVILLE, et al. | Case Number: 08 C 494 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Romeoville, Gary Augustine, Paul Tuuk, David Rench and Alex Escobedo

| |
|---|
| NAME (Type or print)<br>Zrinka Rukavina |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  ZRINKA RUKAVINA |
| FIRM<br>Hervas, Condon & Bersani, P.C. |
| STREET ADDRESS<br>333 Pierce Road, Suite 195 |
| CITY/STATE/ZIP<br>Itasca, IL 60143-3156 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06287249 | TELEPHONE NUMBER<br>(630) 773-4774 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARASELY OSORIO, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 08 C 494 |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE POLICE OFFICERS, G. AUGUSTINE, Star #352, PAUL TUUK, Star #358, DAVE RENCH, Star #361, and A. ESCOBEDO, Star #340, | ) |
|       Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2008, I electronically filed the foregoing **Appearance of Zrinka Rukavina** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jared S. Kosoglad
Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL 60607
jared.k@chicagocivilrightslawyers.com
chris.smith@chicagocivilrightslawyers.com
james.b@chicagocivilrightslawyers.com

                                          S/ZRINKA RUKAVINA
                                          ZRINKA RUKAVINA, Bar Number 06287249
                                          Attorney for Defendants
                                          HERVAS, CONDON & BERSANI, P.C.
                                          333 Pierce Road, Suite 195
                                          Itasca, IL 60143-3156
                                          Phone: 630-773-4774
                                          Fax: 630-773-4851
                                          zrukavina@hcbattorneys.com