# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number: 08 C 494

ARASELY OSORIO
v.
VILLAGE OF ROMEOVILLE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Romeoville, Gary Augustine, Paul Tuuk, David Rench and Alex Escobedo

| | |
|---|---|
| NAME (Type or print) <br> T. Nicholas Goanos | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ T. NICHOLAS GOANOS | |
| FIRM <br> Hervas, Condon & Bersani, P.C. | |
| STREET ADDRESS <br> 333 Pierce Road, Suite 195 | |
| CITY/STATE/ZIP <br> Itasca, IL 60143-3156 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06289586 | TELEPHONE NUMBER <br> (630) 773-4774 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARASELY OSORIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 494 |
| | ) |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE | ) |
| POLICE OFFICERS, G. AUGUSTINE, Star #352, | ) |
| PAUL TUUK, Star #358, DAVE RENCH, | ) |
| Star #361, and A. ESCOBEDO, Star #340, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing **Appearance of T. Nicholas Goanos** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jared S. Kosoglad
Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL 60607
jared.k@chicagocivilrightslawyers.com
chris.smith@chicagocivilrightslawyers.com
james.b@chicagocivilrightslawyers.com

                                                 S/T. NICHOLAS GOANOS
                                                 T. NICHOLAS GOANOS, Bar Number 06289586
                                                 Attorney for Defendants
                                                 HERVAS, CONDON & BERSANI, P.C.
                                                 333 Pierce Road, Suite 195
                                                 Itasca, IL 60143-3156
                                                 Phone: 630-773-4774
                                                 Fax: 630-773-4851
                                                 ngoanos@hcbattorneys.com