IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARASELY OSORIO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-cv-494 |
| | ) | |
| v. | ) | |
| | ) | |
| VILLAGE OF ROMEOVILLE, ET. AL., | ) | JUDGE CASTILLO |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## JOINT INITIAL STATUS REPORT

**A.** **Nature of the case:** Plaintiff asserts violations of her civil rights pursuant to 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments, alleging excessive use of force and false imprisonment and brings state law claims for indemnification, *respondeat superior*, malicious prosecution, and intentional infliction of emotional distress. Defendants deny any and all allegations of wrongdoing.

**Relief Sought:** Plaintiff seeks monetary relief. Plaintiff claims substantial damages, relating to physical pain, humiliation, deprivation of constitutional rights, and lost time. Defendants deny any and all allegations of Plaintiff's damages claims.

**Miscellaneous:** Plaintiff is a defendant in a criminal case involving the same underlying facts and charging felony aggravated battery to a police officer. The criminal case was set to proceed to trial in the last week of April and was continued. The criminal case is now set for status before Will County Circuit

1

Court Judge Amy Bertani-Tomczak on May 21, 2008 and with a reserve trial date of June 8, 2008.

**B.     Draft Scheduling Order:** The parties submit the following proposed draft scheduling order:

- Rule 26(a)(1) disclosures: June 15, 2008.

- Parties should be allowed until September 28, 2008 to join additional parties and amend the pleadings.

- Fact discovery should be noticed in time for completion by October 29, 2008.

- Plaintiff shall disclose expert witnesses and provide reports as required by Federal Rule 26(a)(2) no later than November 29, 2008.

- Plaintiff shall make expert witnesses available for deposition by December 31, 2008.

- Parties propose that dispositive motions should be filed by December 31, 2008.

- Defendants shall disclose expert witnesses and provide reports as required by Federal Rule 26(a)(2) no later than January 31, 2009.

- Defendants shall make experts available for deposition by February 28, 2009.

- Parties propose that the final pretrial order be filed by March 31, 2009.

**C.     Trial Status:**

- The parties request trial by jury.

- Parties anticipate a one-week trial.

**D.** The parties do not consent to proceed before a magistrate judge.

**E.** **Settlement Status:** A settlement conference is scheduled for May 8, 2008 at 2:00 pm.

Date: May 2, 2008

Respectfully submitted,

| | |
|---|---|
| /s Christopher Smith | /s Michael D. Bersani |
| Christopher R. Smith | Michael D. Bersani |
| Attorney for the Plaintiff | Attorney for the Defendants |
| 119 N. Peoria Street | Hervas, Condon & Bersani, P.C. |
| Suite 3A | 333 Pierce Road, Suite 195 |
| Chicago, IL 60607 | Itasca, IL 60143-3156 |
| | (630) 773-4774-phone |
| | (630) 773-4851-facsimile |
| | mbersani@hcbattorneys.com |