# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 494 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Arasely Osorio vs. Village of Romeoville, et al. | | |

**DOCKET ENTRY TEXT**

Conference held in chambers on 5/8/2008. The parties agreed to stay this civil lawsuit until the related state criminal case has been concluded. In the meantime, all discovery is stayed and this case is administratively dismissed without prejudice with full leave to reinstate once the criminal proceedings have been completed. The parties are directed to exhaust all settlement possibilities for this lawsuit.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|