**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARASELY OSORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 494 |
| | ) | |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE | ) | |
| POLICE OFFICERS, G. AUGUSTINE, Star #352, | ) | Honorable Ruben Castillo |
| PAUL TUUK, Star #358, DAVE RENCH, | ) | |
| Star #361, and A. ESCOBEDO, Star #340, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF**
**T. NICHOLAS GOANOS**

MICHAEL D. BERSANI, an attorney, hereby moves to withdraw the appearance of

T. NICHOLAS GOANOS as counsel for Defendants, VILLAGE OF ROMEOVILLE, GARY

AUGUSTINE, PAUL TUUK, DAVID RENCH, ALEX ESCOBEDO, in the present matter.

In support of this motion, the undersigned states:

1.    T. Nicholas Goanos is no longer employed by Hervas, Condon & Bersani, P.C.,

the firm representing the above named Defendants in this matter.

2.    Michael D. Bersani, Michael W. Condon, and Zrinka Rukavina will remain as

counsel for the above named Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order

permitting the withdrawal of T. Nicholas Goanos' appearance as counsel in this matter.

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
mbersani@hcbattorneys.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARASELY OSORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 494 |
| | ) | |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE | ) | |
| POLICE OFFICERS, G. AUGUSTINE, Star #352, | ) | |
| PAUL TUUK, Star #358, DAVE RENCH, | ) | Honorable Ruben Castillo |
| Star #361, and A. ESCOBEDO, Star #340, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing ***Motion to Withdraw Appearance of T. Nicholas Goanos*** and the document referenced therein with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**TO:**  Jared S. Kosoglad
Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL 60607
jared.k@chicagocivilrightslawyers.com
chris.smith@chicagocivilrightslawyers.com
james.b@chicagocivilrightslawyers.com

          **s/Michael D. Bersani**
          MICHAEL D. BERSANI, Bar Number 06200897
          Attorney for Defendants
          HERVAS, CONDON & BERSANI, P.C.
          333 Pierce Road, Suite 195
          Itasca, IL 60143-3156
          Phone:  630-773-4774
          Fax:  630-773-4851
          mbersani@hcbattorneys.com