**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARASELY OSORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 494 |
| | ) | |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE | ) | |
| POLICE OFFICERS, G. AUGUSTINE, Star #352, | ) | |
| PAUL TUUK, Star #358, DAVE RENCH, | ) | Honorable Ruben Castillo |
| Star #361, and A. ESCOBEDO, Star #340, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Jared S. Kosoglad, Christopher R. Smith, James M. Baranyk,
Law Office of Christopher R. Smith, 119 North Peoria Street, Suite 3A,
Chicago, IL 60607

**PLEASE TAKE NOTICE** that on the 22nd day of July 2008, at 9:45 a.m., I shall appear before the Honorable Judge Ruben Castillo in Courtroom 2141, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Motion to Withdraw Appearance of T. Nicholas Goanos.***

Copies are attached hereto and herewith served upon you.

                                        s/**Michael D. Bersani**
                                        MICHAEL D. BERSANI, Bar Number 06200897
                                        Attorney for Defendants
                                        HERVAS, CONDON & BERSANI, P.C.
                                        333 Pierce Road, Suite 195
                                        Itasca, IL 60143-3156
                                        Phone:  630-773-4774
                                        Fax:  630-773-4851
                                        mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARASELY OSORIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 494 |
| ) | |
| VILLAGE OF ROMEOVILLE, ROMEOVILLE ) | |
| POLICE OFFICERS, G. AUGUSTINE, Star #352, ) | |
| PAUL TUUK, Star #358, DAVE RENCH, ) | Honorable Ruben Castillo |
| Star #361, and A. ESCOBEDO, Star #340, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2008, I electronically filed the foregoing *Notice of Motion* and the document referenced therein with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**TO:**    Jared S. Kosoglad
Christopher R. Smith
James M. Baranyk
Law Office of Christopher R. Smith
119 North Peoria Street, Suite 3A
Chicago, IL 60607
jared.k@chicagocivilrightslawyers.com
chris.smith@chicagocivilrightslawyers.com
james.b@chicagocivilrightslawyers.com

                            s/**Michael D. Bersani**
                            MICHAEL D. BERSANI, Bar Number 06200897
                            Attorney for Defendants
                            HERVAS, CONDON & BERSANI, P.C.
                            333 Pierce Road, Suite 195
                            Itasca, IL 60143-3156
                            Phone:  630-773-4774
                            Fax:  630-773-4851
                            mbersani@hcbattorneys.com