# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 494 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Arasely Osorio vs. Village of Romeoville, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/22/2008. Defendants' motion to withdraw appearance of T. Nicholas Goanos [19] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|